

Same case below, 427 Fed. Appx. 612.

**No. 11-5328. Paramore Sanborn, Petitioner v. Phil Parker, Warden.**

565 U.S. 980, 132 S. Ct. 498, 181 L. Ed. 2d 353, 2011 U.S. LEXIS 7726.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 629 F.3d 554.

**No. 11-5925. Juan Ramon Aguilar, Petitioner v. M. S. Adams, Warden.**

565 U.S. 980, 132 S. Ct. 500, 181 L. Ed. 2d 353, 2011 U.S. LEXIS 7906.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5551. Anael Vasquez-Diaz, Petitioner v. United States.**

565 U.S. 980, 132 S. Ct. 499, 181 L. Ed. 2d 353, 2011 U.S. LEXIS 7882.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 430 Fed. Appx. 576.

**No. 11-5926. Shawncey Blake, Petitioner v. San Francisco Police Department, et al.**

565 U.S. 980, 132 S. Ct. 500, 181 L. Ed. 2d 353, 2011 U.S. LEXIS 7819.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5552. Lawrence E. Waldren, Petitioner v. United States.**

565 U.S. 980, 132 S. Ct. 499, 181 L. Ed. 2d 353, 2011 U.S. LEXIS 7820.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 431 Fed. Appx. 374.

**No. 11-5927. Mary Kay Baden, Petitioner v. City of Wheaton, Illinois, et al.**

565 U.S. 980, 132 S. Ct. 500, 181 L. Ed. 2d 353, 2011 U.S. LEXIS 7766, 

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 420 Fed. Appx. 628.

**No. 11-5606. Nikiforos Kalfountzos, Petitioner v. United States Railroad Retirement Board.**

565 U.S. 980, 132 S. Ct. 499, 181 L. Ed. 2d 353, 2011 U.S. LEXIS 7759, 

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5932. Stephen A. Mitchell, Petitioner v. Carol R. Howes, Warden.**

565 U.S. 980, 132 S. Ct. 501, 181 L. Ed. 2d 353, 2011 U.S. LEXIS 7868.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.